## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In re:
**Irene Suitt Mewborn**
S.S. No.: xxx-xx-1915
Mailing Address: 823 N. Mangum Street Apt 612, Durham, NC 27701-

**Case No. 11-80711**

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on April 29, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 17, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(EASTERN OR MIDDLE DISTRICT - DEBT BUSTER)

Date: 2/21/11
Lastname-SS#: Mewborn-1915

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS ON RETAINED COLLATERAL

| Creditor Name | Sch D # | Arrearage Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |

## STD - SECURED DEBTS (Retain Collateral & Pay FMV Of Collateral)

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

## STD - SECURED DEBTS & 910 CLAIMS (Pay 100%)

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

## ATTORNEY FEES (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,000 |

## SECURED TAXES

| | Secured Amount |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

## UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%) Int.%  |  Payoff Amount

| | |
|---|---|
| N/A | |

## GENERAL NON-PRIORITY UNSEC  |  Amount to Pay*

| | |
|---|---|
| DMI = None($0) | |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ 99 /mo for 36 months, then

$ N/A /mo for N/A months.**

### Definitions

Sch D # = The number of the secured debt as listed on Schedule D

Int Rate = Interest Rate = Trustee's rate = Till rate.

Adequate Protection = Monthly 'Adequate Protection' payment amt.

* = DMI x total no. of months of plan

** = Plan duration is subject to "Duration of Chapter 13 Plan" provision.

Chap13_Plan_Debt_Buster (rev. 2/22/07)   © John T. Orcutt   (Page 4 of 4)

## Other Miscellaneous Provisions

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum , the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Credit Financial Services\*\*\*<br>Post Office Box 451<br>Durham, NC 27702-0451 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | 1st Bank of Delaware<br>1000 Rocky Run Parkway<br>Wilmington, DE 19803 | Duke Private Diagnostic Clinic<br>Post Office Box 530<br>Durham, NC 27702-0530 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | 1st National Credit Card<br>500 East 60th Street North<br>Sioux Falls, SD 57104 | Duke University Health System<br>Post Office Box 91040<br>Durham, NC 27708-1040 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Absolute Collection Service \*\*<br>421 Fayetteville Street Mall<br>Suite 600<br>Raleigh, NC 27601 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Absolute Collection Services<br>421 Fayetteville Street Mall<br>Suite 600<br>Raleigh, NC 27601 | Durham Emergency Physicians \*\*<br>P.O. Box 15133<br>Durham, NC 27704-0133 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Beneficial National Bank<br>200 Somerset Corp Blvd<br>Bridgewater, NJ 08807 | Durham Emergency Physicians,PA\*<br>Post Office Box 15386<br>Durham, NC 27704-5386 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | CCS/First National Bank<br>500 East 60th Street North<br>Sioux Falls, SD 57104 | Durham Radiology Associates, Inc.<br>Post Office Box 13166<br>Roanoke, VA 24031-3166 |
| Internal Revenue Service (ED)\*\*<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Continental Finance<br>Post Office Box 11743<br>Wilmington, DE 19850-1743 | Durham Regional Hospital<br>and Emergency Medical Service<br>402 Stadium Drive<br>Durham, NC 27704 |
| US Attorney's Office (ED)\*\*<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Credit Bureau of Greensboro\*\*<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 | E-Recovery Solutions<br>Post Office Box 826<br>Christiansburg, VA 24068-0826 |

First Point Collection Resources **
Post Office Box 26140
Greensboro, NC 27402-6140

Platinum Capital Investments **
P.O. Box 1987
Colleyville, TX 76034-1987

Great Sky Cash
5777 West Sunrise Boulevard
Fort Lauderdale, FL 33313

Publishers Clearing House
101 Winners Circle
Port Washington, NY 11050

HSBC/Tax
Post Office Box 15524
Wilmington, DE 19850-5524

Regional Anesthesia, PLLC
Post Office Box 15609
Durham, NC 27704-0609

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Regional Neurosurgery, PLLC
3901 N. Roxboro Road
Suite 101
Durahm, NC 27704

Midland Funding, LLC**
8875 Aero Drive
Suite 200
San Diego, CA 92123

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Tribute
Post Office Box 105374
Atlanta, GA 30348-5374

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Tribute Mastercard
c/o Cardholder Services
Post Office Box 105374
Atlanta, GA 30348-5374

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Orchard Bank
c/o Household Credit Services
Post Office Box 5222
Carol Stream, IL 60197-5222

Wake Radiology Consultants****
Post Office Box 19368
Raleigh, NC 27619-9368